Query    Reports    Utilities    Help    What's New    Log Out

TERMED

# U.S. District Court
## Eastern District of Kentucky (Covington)
## CRIMINAL DOCKET FOR CASE #: 2:07-cr-00042-DLB-1

| | |
|---|---|
| Case title: USA v. Kyne | Date Filed: 06/14/2007 |
| | Date Terminated: 11/05/2007 |

Assigned to: Judge David L. Bunning

**Defendant (1)**

| | | |
|---|---|---|
| **Timothy L. Kyne** *TERMINATED: 11/05/2007* | represented by | **Burr J. Travis** Busald, Funk & Zevely PSC 226 Main Street P.O. Box 6910 Florence, KY 41022-6910 859-371-3600 Fax: 859-525-1040 Email: burrtravis@bfzlaw.com *LEAD ATTORNEY ATTORNEY TO BE NOTICED Designation: Retained* |
| | | **Wilbur M. Zevely** Busald, Funk & Zevely PSC 226 Main Street P.O. Box 6910 Florence, KY 41022-6910 859-371-3600 Fax: 859-525-1040 Email: wzevely@aol.com *ATTORNEY TO BE NOTICED* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2423(b) - TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT (1) | FORTY-SIX (46) MONTHS IMPRISONMENT. TWENTY (20) YEARS SUPERVISED RELEASE. $100.00 SPECIAL ASSESSMENT. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Anthony J. Bracke**, AUSA<br>U.S. Attorney's Office - Ft. Mitchell<br>207 Grandview Drive<br>Suite 400<br>Ft. Mitchell, KY 41017-2762<br>859-652-7032<br>Fax: 859-655-3212<br>Email: Anthony.Bracke@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2007 | 1 | INDICTMENT as to Timothy L. Kyne (1) count 1. (Attachments: # 1 Case Assignment Sheet) (LSG) (Entered: 06/14/2007) |
| 06/14/2007 | 2 | MOTION for Arrest Warrant by USA as to Timothy L. Kyne. (LSG) (Entered: 06/14/2007) |
| 06/14/2007 | | Conflict Check run. (LSG) (Entered: 06/14/2007) |
| 06/14/2007 | 6 | ORDER For Issuance of Arrest Warrant as to Timothy L. Kyne. Signed by Judge William O. Bertelsman. (LSG)cc: COR, USM, USP (Entered: 06/22/2007) |
| 06/22/2007 | 3 | MINUTE ENTRY FOR ARRAIGNMENT as to Timothy L. Kyne (1) Count 1 held on 6/22/2007 before Judge David L. Bunning; Oral motion of U.S. for Detention is Granted. Def having no objection, waives Detention hearing; Copy of Indictment given to def; Def waives formal arraignment and reading of indictment; Def pleads Not Guilty to Indictment; Pretrial Conference set for 8/3/2007 at 09:00 AM in Covington before David L. Bunning; Jury Trial set for 8/20/2007 at 10:00 AM in Covington before David L. Bunning, with counsel to be present at 9:30 AM; Def remanded to custody of U.S. Marshal.(COURT REPORTER: LISA WIESMAN) (LSG)cc: COR, USM, USP (Entered: 06/22/2007) |
| 06/22/2007 | 4 | ORDER OF DETENTION PENDING TRIAL as to Timothy L. Kyne. Signed by Judge David L. Bunning. (LSG)cc: COR, USM, USP (Entered: 06/22/2007) |

| | | |
|---|---|---|
| 06/22/2007 | 5 | Arrest Warrant Returned Executed on 6/22/2007 in case as to Timothy L. Kyne. (LSG) (Entered: 06/22/2007) |
| 06/22/2007 | 7 | DISCOVERY AND PRETRIAL ORDER as to Timothy L. Kyne; (Parties to comply w/ items 1-12); 13)Pretrial Conference set for 8/3/2007 at 09:00 AM in Covington before David L. Bunning; 14)Jury Trial set for 8/20/2007 at 10:00 AM in Covington before David L. Bunning, with counsel to be present at 9:30 AM. Signed by Judge David L. Bunning. (LSG)cc: COR, USM, USP (Entered: 06/22/2007) |
| 07/24/2007 | 8 | MOTION for Rearraignment as to Timothy L. Kyne. (Zevely, Wilbur) Additional attachment(s) added on 7/25/2007 (Greiwe, Linda). Additional attachment(s) added on 7/26/2007 (Greiwe, Linda). (Entered: 07/24/2007) |
| 07/24/2007 | 9 | STRICKEN PURSUANT TO Notice of Action Striking Document filed on 7/25/2007 (Entered: 07/24/2007) |
| 07/25/2007 | | NOTICE OF ACTION BY CLERK STRIKING A DOCUMENT FROM THE RECORD re 9 Certificate of Service was an INCORRECT PDF document filed as main document in the wrong case; Attorney shall re-file the corrected Certificate of Service within three (3) business days.*SKV* cc: COR (LSG) (Entered: 07/25/2007) |
| 07/25/2007 | | NOTICE OF DEFICIENCY TO Wilbur Zevely re 8 MOTION for Rearraignment; attorney has failed to submit a proposed order as an electronic attachment to the motion. Entry by attorney; Attorney shall file document entitled a Notice of Filing with a certificate of service as the main pleading with the proposed order as an attachment to the Notice of Filing within 3 business days. cc: COR (LSG) (Entered: 07/25/2007) |
| 07/25/2007 | | *** MOTION SUBMITTED TO Judge Bunning's CHAMBERS FOR REVIEW as to Timothy L. Kyne re 8 MOTION for Rearraignment (LSG) (Entered: 07/25/2007) |
| 07/25/2007 | 10 | PROPOSED Order re 8 Motion for Rearraignment as to Timothy L. Kyne. (Zevely, Wilbur) Modified to create link on 7/25/2007 (Greiwe, Linda). (Entered: 07/25/2007) |
| 07/25/2007 | 11 | ORDER; Rearraignment set for 8/2/2007 09:30 AM in Covington before David L. Bunning. Signed by Judge David L. Bunning. (LSG)cc: COR,USM,USP (Entered: 07/25/2007) |
| 07/26/2007 | 12 | Certificate of Service by Timothy L. Kyne (Zevely, Wilbur) (Entered: 07/26/2007) |
| 08/02/2007 | 13 | MINUTE ENTRY FOR REARRAIGNMENT as to Timothy L. Kyne held on 8/2/2007 before Judge David L. Bunning; Def states true name is Timothy Lawrence Kyne; Def formally rearraigned and advised of rights; Def moves to change plea to indictment; Court grants 8 Motion for Rearraignment; Indictment read to Def; Def pleads Guilty to Count 1 of the Indictment; Written Plea agreement Tendered; Factual basis for Guilty Plea; Court orders PSR; Def remanded to custody of U.S. Marshal; Sentencing set for 11/5/2007 09:00 AM in Covington before David L. Bunning. (COURT REPORTER: LISA WIESMAN) (LSG)cc: COR, USM, USP (Entered: 08/02/2007) |
| 08/02/2007 | 14 | PROPOSED PLEA AGREEMENT as to Timothy L. Kyne cc: COR, USP (LSG) (Entered: 08/02/2007) |
| 08/02/2007 | 15 | SENTENCING ORDER as to Timothy L. Kyne; 1)Sentencing set for 11/5/2007 09:00 AM in Covington before David L. Bunning; (Parties to comply w/items 2-12). Signed by Judge David L. Bunning. (LSG)cc: COR, USM, USP (Entered: 08/03/2007) |

| | | |
|---|---|---|
| 11/02/2007 | 16 | ORDER as to Timothy L. Kyne; 1)Correspondence received on 11/2/2007 on behalf of def be filed of record; 2)Copy of said correspondence be served upon USA and Def's Counsel. Signed by Judge David L. Bunning. (LSG)cc: COR, USP (Entered: 11/02/2007) |
| 11/02/2007 | 17 | Letters from family and Friends in support of def, Tim Kyne. **Filed pursuant to 16 Order** (LSG) cc: USA, COR (Entered: 11/02/2007) |
| 11/05/2007 | 18 | MINUTE ENTRY FOR SENTENCING as to Timothy L. Kyne held on 11/5/2007 before Judge David L. Bunning: No objs PSR; Previously tendered plea agreement accepted by Court and filed; Judgment shall be entered (see J/C); Dft. remanded custody USM. (COURT REPORTER: LISA WIESMAN) (KRS)cc: COR, USM, USP (Entered: 11/05/2007) |
| 11/05/2007 | 19 | Plea Agreement Accepted as to Timothy L. Kyne cc: COR,USP (KRS) (Entered: 11/05/2007) |
| 11/05/2007 | 20 | SEALED PSR Rule 32(C) info as to Timothy L. Kyne (KRS) (Entered: 11/05/2007) |
| 11/05/2007 | 21 | SEALED PRESENTENCE INVESTIGATION REPORT as to Timothy L. Kyne (KRS) (Entered: 11/05/2007) |
| 11/05/2007 | 22 | CERTIFICATE OF OFFICIAL COURT REPORTER: as to Timothy L. Kyne. Arraignment held on 6/22/2007 before Judge David L. Bunning, Plea held on 8/2/2007 before Judge David L. Bunning and Sentencing held on 11/5/2007 before Judge David L. Bunning Court Reporter: LISA WIESMAN. (Original audiotape placed on shelf in clerk's office). (LSG) (Entered: 11/05/2007) |
| 11/05/2007 | 23 | JUDGMENT UPON PLEA OF GUILTY as to Timothy L. Kyne (1), Count 1, FORTY-SIX (46) MONTHS IMPRISONMENT. Court recommends facility closest to Dayton, OH. TWENTY (20) YEARS SUPERVISED RELEASE. Drug testing condition is suspended; Def not to possess a firearm; Def to cooperate in collection of DNA; Def to register as sex offender; Dft required to participate in sex offender treatment program as adopted by the Courts of the EDKY and abide by following conditions: SEX OFFENDER CONDITIONS; ALCOHOL ABSTINENANCE; RESIDENCE RESTRICTION; RESTRICTED CONTACT WITH MINORS; RESTRICTED MATERIALS; RESTRICTED ACCESS; SEX OFFENDER REGISTRATION; COMPUTER RESTRICTIONS; SEARCH/SEIZURE (See Judgment). $100.00 SPECIAL ASSESSMENT. . Signed by Judge David L. Bunning. (LSG)(cc: Paper copy w/ NOE to COR & copy of SOR; Paper Copy to USM x 1 cert. copy; Paper Copy to USP x 2 cert. copies w/ original SOR; electronic copy to Finance) (Entered: 11/05/2007) |
| 12/30/2010 | 24 | ORDER as to Timothy L. Kyne on violation of condition of supervision-possession of dangerous weapon. No further action taken as recommended by U.S. Probation Officer. Signed by Judge David L. Bunning on 12/30/2010. (TED)cc: COR,USM,USP (Entered: 12/30/2010) |
| 03/24/2011 | | Clerk's Note: as to Timothy L. Kyne: re 19 Plea Agreement Accepted returned to U.S. Attorney's office this date (LMB) (Entered: 03/24/2011) |
| 04/04/2011 | 25 | Receipt for Plea Agreement received by United States Attorney's Office as to Timothy L. Kyne (LST) Modified text on 4/4/2011 (LST). Modified text on 4/4/2011 (LMB). (Entered: 04/04/2011) |

| | | |
|---|---|---|
| 02/22/2013 | | NOTICE TO COUNSEL OF RECORD RE: RETURN OF PRE-SENTENCE REPORT AND RULE 32 INFORMATION as to Timothy L. Kyne: re 21 Presentence Investigation Report - SEALED, 20 PSR Rule 32(C) info - SEALED will be returned to U.S. Probation in the absence of an objection filed within 15 days. cc: COR (LMB) (Entered: 02/22/2013) |
| 03/13/2013 | 26 | Receipt for Pre-Sentence Investigation Report and Rule 32(c) Information received by United States Probation Office as to Timothy L. Kyne (LMB) (Entered: 03/14/2013) |
| 06/11/2024 | 27 | TRANSCRIPT REQUEST as to Timothy L. Kyne for proceedings held on 6/22/2007 (Arraignment), 8/02/2007 (Re-Arraignment/ Plea), 11/5/2007 (Sentencing) before Judge David L. Bunning. (Attachments: # 1 Envelope PM 6/7/2024)(TDB) (Entered: 06/11/2024) |
| 06/11/2024 | | NOTICE TO COURT REPORTER as to Timothy L. Kyne to Lisa Wiesman of ORDINARY Transcript Request re 3 Arraignment, 13 Rearraignment - Plea entered, 18 Sentencing, 27 Transcript Request.<br><br>cc: Lisa Wiesman. (TDB) (Entered: 06/11/2024) |
| 06/11/2024 | | Clerk's Note: as to Timothy L. Kyne: re 27 Transcript Request; Clerk's office spoke with Attorney Adam Mellion- no longer wants transcripts- only wanted audio which is not available. (TDB) (Entered: 06/11/2024) |
| 07/31/2025 | 28 | ORDER Granting Transfer of Supervised Release as to Timothy L. Kyne: Jurisdiction over supervised release as to Timothy L. Kyne transferred to Southern District of Ohio. Signed by Chief District Judge David L Bunning on 7/21/2025. (TDB)cc: COR,USM,USP (Entered: 07/31/2025) |
| 07/31/2025 | 29 | Notice FROM Kentucky Eastern TO Southern District of Ohio of a Transfer of Jurisdiction as to Timothy L. Kyne. Docket sheet and documents attached. The court will send a financial payment ledger to the transferee district. If you have questions about the financial ledger, please email finance@kyed.uscourts.gov<br>*If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* cc: COR, USP, Finance, SDOH (TDB) (Entered: 07/31/2025) |